IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM TALLEY, | ) | 8:09CV305 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JOHN DOE, Nebraska District Court | ) | |
| Judge in the County of Douglas, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. On October 15, 2009, the court entered a Memorandum and Order requiring Plaintiff to "to apprise the court of his current address" by November 16, 2009. (Filing No. 8 at CM/ECF p. 1.) The court warned Plaintiff that if he failed to comply this case would be dismissed "without further notice." (*Id.*) It is now November 17, 2009, and Plaintiff has not responded to the court's Memorandum and Order. The clerk of court has received returned mail as undeliverable and no forwarding address has been provided.

   IT IS THEREFORE ORDERED that:

   1.   This matter is dismissed without prejudice because Plaintiff failed to prosecute this matter diligently and failed to comply with this court's orders.

   2.   A separate judgment will be entered in accordance with this Memorandum and Order.

December 1, 2009.  BY THE COURT:

                                       s/ Joseph F. Bataillon
                                    Chief United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.